**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000570
10-NOV-2022
11:07 AM
Dkt. 9 ODSLJ**

NO. CAAP-22-0000570

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JAMES DOHERTY, Claimant-Appellant-Appellant, v.
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS,
EMPLOYMENT SECURITY APPEALS REFEREES' OFFICE (ESARO),
Appellee-Appellee.

APPEAL FROM THE CIRCUIT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0001059)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Hiraoka and Chan, JJ.)

Upon review of the record, it appears that we lack jurisdiction over self-represented Claimant-Appellant-Appellant James Doherty's (**Doherty**) appeal from the Circuit Court of the First Circuit's February 22, 2022 Final Judgment in 1CCV-21-0001059, as Doherty failed to file the notice of appeal within thirty (30) days after entry of the Final Judgment, as required by Rule 4(a)(1) of the Hawaiʻi Rules of Appellate Procedure, and Doherty failed to obtain any extension of the deadline to appeal.

Therefore, IT IS HEREBY ORDERED that CAAP-22-0000570 is dismissed for lack of appellate jurisdiction.

IT IS HEREBY FURTHER ORDERED that the pending Motion to Consolidate, filed October 31, 2022, is dismissed.

DATED: Honolulu, Hawaiʻi, November 10, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge